IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CRAIG A. JOHNSON,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　　Civil Action No. **3:21CV519**

COL. BOWERS, *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on September 1, 2021, the Court conditionally docketed the plaintiff's action. (ECF No. 3.) At that time, the Court directed the plaintiff to affirm his intention to pay the full filing fee by signing and returning a consent to collection of fees form. (*Id.*) The Court warned the plaintiff that a failure to comply with the above directive within thirty (30) days of the date of entry thereof would result in summary dismissal of the action. (*Id.*)

The plaintiff has not complied with the Court's order to return a consent to collection of fees form. As a result, he does not qualify for *in forma pauperis* status. Furthermore, he has not paid the statutory filing fee for the instant action. *See* 28 U.S.C. § 1914(a). The plaintiff's conduct demonstrates a willful failure to prosecute. *See* Fed. R. Civ. P. 41(b). Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                              /s/
                                          John A. Gibney, Jr.
                                          United States District Judge

Date: 21 October 2021
Richmond, Virginia